IN RE: **Charlotte Lovelace Turner**                                        CASE NO.: **14-80512**
                                                                            **Chapter 13**

_____

**AMENDED CHAPTER 13 PLAN**

**Debtor modifies this plan to lower her plan payments.  Debtor has a new baby and higher monthly expenses.  Further, debtor modifies to re-classify her student loans as general unsecured claims.**

        This pleading is a Bankruptcy Rule 3025 (d) Summary and Notice of a Chapter 13 Plan of Repayment filed by the above captioned Debtor(s).     The complete plan can be viewed and printed by logging on to PACER at www. lawb.uscourts.gov.  To obtain a Password, you may register at http://pacer.psc.uscourts.gov or call the PACER Service Center at 1-800-676-6856.  A summary of the contents of the plan filed by Debtor(s) is as follows:

        Debtor(s)' _PLAN OF REPAYMENT_ pursuant to 11 USC S.S.1321, S.S.1322, and S.S.1325; _PROPOSED ADEQUATE PROTECTION_ pursuant to 11 USC S.S.361; Debtor(s) _REQUEST FOR VALUATION OF SECURITY_ pursuant to 11 USC S.S.506:

I.     _Plan Summary_

    A.   Plan Payment: **a total of $18,850.00 shall be paid into the plan over the first 26 months (June 2014-July 2016); $620.00 per month for the remaining 34 months beginning with the August 2016 plan payment**

    B.   Length of plan: **60** months

    C.   Amount of plan: **$39,930.00**

    D.   Amount of secured creditors to be paid by the trustee through the plan: **$27,790.09**
        **6.0%** Interest to be paid to secured creditors in this plan: $**4,445.52**

    E.   Amount of priority creditors to be paid in plan: **$266.94**

    F.   Amount of Unsecured class 1 creditors in plan: **$137,780.44**

    G.   Percentage to be paid to Unsecured class 1 creditors**: Less than 75%**

    H.   Amount of Residential Mortgage to be thru Plan: **$0.00**

    I.   Amount of Residential Mortgage Arrears to be paid Thru Plan: **$0.00**

        Debtor(s) herein will pay or cause to be paid to the standing Chapter 13 Trustee the amount set forth above in the Plan for a term of **60** months.  Said payments are to be made by:  **PAYROLL DEDUCTION.  Further, debtor shall pledge 50% of the net proceeds of claims arising from the pre-petition auto accident which occurred on May 3, 2014.**

II.     _Payments to be made by the debtors outside the plan:_

| CREDITOR | COLLATERAL | TOTAL DEBT | MONTHLY PAYMENTS |
|---|---|---|---|
| None | | | |

III.     _Disbursements under the plan._

    A.   Administrative priority claims disbursed before the periodic-equal monthly payments required to secured creditors' claims (Class 1):

        1)   C. Rodney Harrington - **fee of $3,300.00, which includes $500.00 for the preparation and filing of this modification**

        2)   Chapter 13 Trustee - a fee equal to **10%** of payments.

    B.   **Priority claim**.
        **Louisiana Dept. of Revenue - $266.94**

**C. Secured claims:**

    The allowed secured claims set forth below shall be paid in full the value of the collateral, **plus 6.0% per annum interest on the collateral value**. The balance of the claim shall be treated as unsecured. Each creditor shall retain its lien. The debtors are the owners of the property serving as collateral for payment of the secured claims. Debtors are aware of the condition of the collateral and know its value. On the Plan filing date, the property has the value set forth below. The value is based upon disposition of said property in a commercially reasonable manner.

| CREDITOR | COLLATERAL | FMV | TOTAL DEBT | SECURED | INTEREST | UNSECURED |
|---|---|---|---|---|---|---|
| Chrysler/TD Auto | 2009 Chevy Tahoe | $14,625.48 | $14,625.48 | $14,625.48 | $2,339.61 | $  0.00 |
| Ford Motor | 2010 Ford F150 | 12,629.61 | 12,629.61 | 12,629.61 | 2,020.33 | 0.00 |
| Tower Loan | HHGs | 535.00 | 1,076.44 | 535.00 | 85.58 | 541.44 |

**ADEQUATE PROTECTION: These payments are to be made concurrently with attorney's fees and administrative fees. Chrysler/TD Auto $50.00     Ford Motor $100.00     Tower Loan $20.00**

    **D. Residence Mortgage Note: None**

    **E.   Secured Claims with Collateral to be Surrendered: (In full satisfaction of debt)**

| CREDITOR | TOTAL DEBT | DESCRIPTION OF PROPERTY |
|---|---|---|
| None | | |

    **F.  GENERAL UNSECURED CLAIMS:** Unless listed above, all other claims: listed on Schedule F as unsecured; (2) listed on Schedule D and E as undersecured; or (3) any general unsecured claim filed before the bar date to which no objection is filed, will be treated as General Unsecured Claims and will receive less than 75% of the claims. **This includes the following based on the filed proofs of claim: National Collegiate Trust-$19,232.12, $1,894.34; ECMC-$16,373.23; Navient Solutions-$11,658.17, $16,975.12, $9,285.62, $854.40, $5,435.93, $3,598.85, $2,168.05, $44,817.95**

    **G.   Unsecured Special Class, Paid @ 100% or Co-signed:**

    The debtor desires that the following claims be paid in full through this plan, and, if co-signed, are to protect the interest of debtor's co-signer:

| CREDITOR | AMOUNT OF CLAIM |
|---|---|
| None | |

**AMENDED PLAN DATE: 07/26/2016**

**Respectfully submitted:**

        **/s/C. Rodney Harrington**
        **Attorney at Law**
        **P. O. Box 1278**
        **Natchitoches, LA  71458-1278**